Meyer Blumberg, Appellant, *v.* Frank Giorgio, Jr., Trustee in Bankruptcy of Nox Realty Corporation et al., Respondent.

(Argued October 2, 1933; decided October 17, 1933.)

*Leopold Blumberg* and *George H. Ittleman* for appellant. *Maurice Hellman, Lester H. Marks* and *Robert Daru* for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.